FILED: February 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1140
(1:22-cv-00081-LMB-WEF)

_____

RUTH SMITH

       Plaintiff - Appellant

v.

SUNPATH, LTD.

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:22-cv-00081-LMB-WEF |
| Date notice of appeal filed in originating court: | 01/31/2023 |
| Appellant(s) | Ruth Smith |
| Appellate Case Number | 23-1140 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |