# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 22, 2023

_____

## DOCKET CORRECTION NOTICE
_____

No. 23-1140,   <u>Ruth Smith v. SunPath, Ltd.</u>
1:22-cv-00081-LMB-WEF

TO: Ruth Smith

**TRANSCRIPT ORDER DUE: February 27, 2023**

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry [selecting "corrected" from the drop-down menu].

---

[✔] Please identify and list the correct hearing **dates** for transcripts that have not been previously prepared. (i.e., Summary Judgment Hearing 01/27/2023)

Kirsten Hancock, Deputy Clerk
804-916-2704