# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 13, 2023

_____

### DOCKET CORRECTION NOTICE
_____

No. 23-1140,  <u>Ruth Smith v. SunPath, Ltd.</u>
                1:22-cv-00081-LMB-WEF

TO: Ruth Smith

**BRIEF & JOINT APPENDIX CORRECTION DUE:  June 20, 2023**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[✔] Incorrect event used for filing the opening brief. Please refile using the event BRIEF with the type of brief as OPENING.

[✔] APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32): Appendix contains condensed transcript.

Kirsten Hancock, Deputy Clerk
804-916-2704